■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL MORGAN, Appellant. [612 NYS2d 899] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated November 18, 1991 *(People v Morgan,* 177 AD2d 655), affirming a judgment of the Supreme Court, Queens County, rendered April 4, 1988, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Miller, O'Brien and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON B. NICHOLAS, Appellant. [612 NYS2d 899] —Appeal by the defendant from an amended judgment of the County Court, Westchester County (West, J.), rendered November 13, 1991, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal possession of a weapon in the third degree.

Ordered that the amended judgment is affirmed.

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). The defendant's *pro se* contentions that the court erred in revoking his sentence of probation based on his commission of a homicide while on probation, and that CPL 410.10 (2) is unconstitutional, are without merit. Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.